# UNITED STATES DISTRICT COURT

Western District of Arkansas

| UNITED STATES OF AMERICA | **Judgment in a Criminal Case** |
|---|---|
| v. | (For **Revocation** of Probation or Supervised Release) |

DOMINIQUE BUFFINGTON

Case No. 6:12CR60012-001
USM No. 11053-010

Travis J. Morrissey
Defendant's Attorney

**THE DEFENDANT:**

☒ admitted guilt to violation of conditions: Mandatory Condition and Standard Conditions One, Seven, and Nine; of the term of supervision.

☐ was found in violation of condition(s) count(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| One | Mandatory Condition: New Law Violation | April 28, 2018 |
| Two | Standard Condition One: Unauthorized Travel | April 28, 2018 |
| Three | Standard Condition Seven: Possess a Controlled Substance | April 28, 2018 |
| Four | Standard Condition Nine: Criminal Association | April 28, 2018 |

The defendant is sentenced as provided in pages 2 through __2__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. 9884

Defendant's Year of Birth: 1988

City and State of Defendant's Residence:
Arkadelphia, Arkansas

October 12, 2018
Date of Imposition of Judgment

/s/ Susan O. Hickey
Signature of Judge

Honorable Susan O. Hickey, United States District Judge
Name and Title of Judge

October 17, 2018
Date

DEFENDANT: DOMINIQUE BUFFINGTON
CASE NUMBER: 6:12CR60012-001

# IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of :
**Twenty-Four (24) months with credit for time served in federal custody. No Term of Supervised Release to follow**

X The court makes the following recommendations to the Bureau of Prisons:
The defendant be housed at Texarkana FCI

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:
  ☐ at _____ ☐ a.m. ☐ p.m. on _____.
  ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
  ☐ before 2 p.m. on _____.
  ☐ as notified by the United States Marshal.
  ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____
at _____ with a certified copy of this judgment.

UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL